# IN THE SUPREME COURT OF THE STATE OF NEVADA

PHILIP STOTT,
                    Appellant,

vs.

THE STATE OF NEVADA,
                    Respondent.

No. 77706

FILED

JAN 1 8 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a "petition for re-sentencing and request to remove impalpable or highly suspect evidence from PSI," denying as moot a motion for leave to proceed in forma pauperis, and denying as moot a motion for appointment of counsel and request for an evidentiary hearing. Second Judicial District Court, Washoe County; Egan K. Walker, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____ Pickering , J.
Pickering

_____ , J.
Parraguirre

_____ , J.
Cadish

19-03066

cc: Hon. Egan K. Walker, District Judge
Philip Stott
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk